The US Marshal Service received 42 civil process for case # 3:18cv752 with a check #72116 in the amount of $378.84. Per the US Marshals policy and procedures "for each item served by mail or forwarded for service in another judicial district: $8.00".  At this time, the US Marshal Service is not able to serve the 42 civil process for case # 3:18cv752 until we receive the balance of $629.16 for the service.

FILED

2019 JUN -7 PM 2: 20

U.S. DISTRICT COURT CLERK
NORTHERN DISTRICT
OF INDIANA

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

USDC IN/ND case 3:18-cv-00752-JD-MGG   document 13   filed 06/07/19   page 2 of 43

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEONARD THOMAS | 3:18CV752 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JACK HENDRIX, ET AL | *Summons* |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

*Elizabeth Shelley, Case Manager*

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

*1000 Van Nuys Rd, New Castle, IN 47362*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Leonard Thomas #175876 B2-206*
*Westville Correctional Facility*
*5501 S. 1100 West*
*Westville, IN 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | *42* |
| Number of parties to be served in this case | *42* |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

*M/s. Elizabeth Shelley, can be located at the New Castle*
*Correctional Facility 1000 Van Nuys Road*
*Monday through Friday 9:00 AM through 3:00 PM*

Fold

Signature of Attorney other Originator requesting service on behalf of:   *Leonard Thomas*   ☑ PLAINTIFF   ☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| *(219) 785-2558* | *10/29/18* |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | *1-42* | No. *27* | No. *27* | *Ji* | *3/14/19* |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date | Time | |
|---|---|---|---|
| | *6/7/19* | | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy  *Ji* | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal® or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

USDC IN/ND case 3:18-cv-00752-JD-MGG   document 13   filed 06/07/19   page 3 of 43

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF LEONARD THOMAS | COURT CASE NUMBER 3:18CV752 |
|---|---|
| DEFENDANT JACK HENDRIX, ET AL | TYPE OF PROCESS *Summons* |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
*E. Lowe, Unit Team Manager*

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
*1000 Van Nuys Road New Castle, IN 47362*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Leonard Thomas #175876 B2-206*
*Westville Correctional Facility*
*5501 S. 1100 West*
*Westville, IN 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | *1* |
| Number of parties to be served in this case | *1* |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

*Mr. E. Lowe, can be located at the New Castle Correctional Facility 1000 Van Nuys Road Monday through Friday 9:00AM through 3:00PM*

| Signature of Attorney other Originator requesting service on behalf of: *Leonard Thomas* | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (219)785-2354 | DATE 10/29/18 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process 2-42 | District of Origin No. 27 | District to Serve No. 27 | Signature of Authorized USMS Deputy or Clerk | Date 3/14/9 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (*complete only different than shown above*) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal° or (Amount of Refund°) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEONARD THOMAS | 3:18CV752 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JACK HENDRIX, ET AL | Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Michael Osburn, Program Director

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

302 W. Washington St. RM E334 Indianapolis, IN 46204

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Leonard Thomas #175876 B2-206
Westville Correctional Facility
5501 So. 1100 West
Westville, IN 46391

| | |
|---|---|
| Number of process to be served with this Form 285 | X2 |
| Number of parties to be served in this case | X2 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold

Mr. Michael Osburn can be located at the Indiana Government Center 302 W. Washington St. Room E334 Monday through Friday 9:00AM through 3:00pm (317)232-5777

Fold

Signature of Attorney other Originator requesting service on behalf of:
*Leonard Thomas*
☑ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| (219)785-2555 | 10/29/18 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| 3-42 | | No. 27 | No. 27 | *Di* | 3/14/19 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (*complete only different than shown above*) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

USDC IN/ND case 3:18-cv-00752-JD-MGG   document 13   filed 06/07/19   page 5 of 43

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>LEONARD THOMAS | COURT CASE NUMBER<br>3:18CV752 |
|---|---|
| DEFENDANT<br>JACK HENDRIX, ET AL | TYPE OF PROCESS<br>*Summons* |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| SERVE AT | *F. Owens, Supervisor of Classification* |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>*1000 Van Nuys Rd. New Castle, In 47362* |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| *Leonard Thomas #175876 B 2-206*<br>*Westville Correctional Facility*<br>*5501 S. 1100 West*<br>*Westville, In 46391* | Number of process to be served with this Form 285 | *42* |
|---|---|---|
| | Number of parties to be served in this case | *42* |
| | Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold

*F. Owens, can be located at the New Castle Correctional Facility 1000 Van Nuys Road Monday through Friday 9:00 am through 3:pm*

Fold

| Signature of Attorney other Originator requesting service on behalf of:<br>*Leonard Thomas* | ✓ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>*(219) 785-2553* | DATE<br>*10/29/18* |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>*4-42* | District of Origin<br>No. *37* | District to Serve<br>No. *37* | Signature of Authorized USMS Deputy or Clerk<br>*Ji* | Date<br>*3/14/19* |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (*complete only different than shown above*) | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | . . . . . |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USDC IN/ND case 3:18-cv-00752-JD-MGG   document 13   filed 06/07/19   page 6 of 43

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>LEONARD THOMAS | COURT CASE NUMBER<br>3:18CV752 |
|---|---|
| DEFENDANT<br>JACK HENDRIX, ET AL | TYPE OF PROCESS<br>*SUMMONS* |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
*Keith Butts, Superintendant*
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
*1000 Van Nuys Rd. New Castle, IN 47362*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Leonard Thomas #175876 B2-206*
*Westville Correctional Facility*
*5501 S. 1100 West*
*Westville, IN 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | *2* |
| Number of parties to be served in this case | *2* |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

*Keith Butts, Superintendant can be located at the New Castle Correctional Facility 1000 Van Nuys Rd Monday through Friday 9:00 AM through 3:00 PM*

| Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT<br>*Leonard Thomas* | TELEPHONE NUMBER<br>*(219)785-2354* | DATE<br>*10/29/18* |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>5 - 42 | District of Origin<br>No. 27 | District to Serve<br>No. 27 | Signature of Authorized USMS Deputy or Clerk<br>*signature* | Date<br>3/14/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

USDC IN/ND case 3:18-cv-00752-JD-MGG   document 13   filed 06/07/19   page 7 of 43

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEONARD THOMAS | 3:18CV752 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JACK HENDRIX, ET AL | *Summons* |

**SERVE AT** { 
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

*Deanna Dwenger, PHYS D*

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

*302 W. Washington St. Rm E334 Indianapolis, IN 46204*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Leonard Thomas #175876 B2-206*
*Westville Correctional Facility*
*5501 So. 1100 West*
*Westville, IN 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | *4 2* |
| Number of parties to be served in this case | *4 2* |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

*Doctor Deanna Dwenger, can be located at the Indiana Government Center 302 W. Washington St. Room E334 Monday through Friday 9:00AM through 3:00 pm (317) 232-5777*

Fold

| Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| *Leonard Thomas* | *(219) 785-2554* | *10/29/18* |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | *6-42* | No. *37* | No. *37* | *Li* | *3/14/19* |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|

| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

USDC IN/ND case 3:18-cv-00752-JD-MGG   document 13   filed 06/07/19   page 8 of 43

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEONARD THOMAS | 3:18CV752 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JACK HENDRIX, ET AL | *Summons* |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

*Dr. Pintel, Psychiatrist*

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

*302 W. Washington St. Rm E334 Indianapolis, In 46204*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Leonard Thomas #175876 B2-206*
*Westville Correctional Facility*
*5501 So 1100 West*
*Westville, In 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | *X 2* |
| Number of parties to be served in this case | *X 2* |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

*Doctor Pintel, can be located at the Indiana Govern-ment Center 302 W. Washington St. Room E334*

*Monday through Friday 9:00AM through 3:00 pm (317)232-5777*

Signature of Attorney other Originator requesting service on behalf of:
*Leonard Thomas*

☑ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| *(219)785-2554* | *10/29/18* |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | *7-42* | No. *27* | No. *27* | | *3/14/19* |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

USDC IN/ND case 3:18-cv-00752-JD-MGG   document 13   filed 06/07/19   page 9 of 43

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF LEONARD THOMAS | COURT CASE NUMBER 3:18CV752 |
|---|---|
| DEFENDANT JACK HENDRIX, ET AL | TYPE OF PROCESS *Summons* |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

*Eddie Taylor, PhD*

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

*302 W. Washington St. Rm E334 Indianapolis, IN 46204*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Leonard Thomas #175876 B2-206*
*Westville Correctional Facility*
*5501 S. 1100 West*
*Westville, IN 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | X 2 |
| Number of parties to be served in this case | X 2 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

*Doctor Eddie Taylor, can be located at the Indiana Government Center 302 W. Washington St. Room E334*

*Monday through Friday 9:00 AM through 3:00 pm (317) 232-5777*

Signature of Attorney other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT

*Leonard Thomas*

| TELEPHONE NUMBER | DATE |
|---|---|
| (219) 785-2554 | 10/29/18 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| B-42 | | No. 22 | No. 22 | *Ji* | 3/14/19 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed  as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (*complete only different than shown above*) | Date | Time | |
|---|---|---|---|
| | | | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

USDC IN/ND case 3:18-cv-00752-JD-MGG   document 13   filed 06/07/19   page 10 of 43

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>LEONARD THOMAS | COURT CASE NUMBER<br>3:18CV752 |
|---|---|
| DEFENDANT<br>JACK HENDRIX, ET AL | TYPE OF PROCESS<br>*Summons* |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** { *Vicki E. Burdine, MD*

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
*302 W. Washington St. Rm E334 Indianapolis, IN 46204*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| *Leonard Thomas #175876 B2-206*<br>*Westville Correctional Facility*<br>*5501 S. 1100 West*<br>*Westville, IN 46391* | Number of process to be served with this Form 285 — *X2* |
| | Number of parties to be served in this case — *X2* |
| | Check for service on U.S.A. — ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

*Doctor Vicki E. Burdine, can be located at the Indiana Government Center 302 W. Washington St. Room E334 Monday through Friday at 9:00AM through 3:00pm (317) 232-5777*

| Signature of Attorney other Originator requesting service on behalf of:<br>*Leonard Thomas* | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>*(219) 785-2554* | DATE<br>*10/29/18* |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>*9-42* | District of Origin<br>No. *22* | District to Serve<br>No. *22* | Signature of Authorized USMS Deputy or Clerk<br>*Li* | Date<br>*3/14/19* |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

USDC IN/ND case 3:18-cv-00752-JD-MGG   document 13   filed 06/07/19   page 11 of 43

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF LEONARD THOMAS | COURT CASE NUMBER 3:18CV752 |
|---|---|
| DEFENDANT JACK HENDRIX, ET AL | TYPE OF PROCESS Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mark Levenhagen, Executive Director of Mental Health

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
302 W. Washington St. Rm E334 Indianapolis, IN 46204

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Leonard Thomas #175876 B2-206
Westville Correctional Facility
5501 S. 1100 West
Westville, IN 46391

| | |
|---|---|
| Number of process to be served with this Form 285 | 42 |
| Number of parties to be served in this case | 42 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Mr. Mark Levenhagen can be located at the Indiana Government Center 302 W. Washington St Room E334 Monday through Friday at 9:00 AM through 3:00 PM (317) 232-5777

Signature of Attorney other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT
Leonard Thomas

TELEPHONE NUMBER (219) 785-2554   DATE 10/29/18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 10-42 | District of Origin No. 27 | District to Serve No. 27 | Signature of Authorized USMS Deputy or Clerk | Date 3/14/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. 5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285 Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

USDC IN/ND case 3:18-cv-00752-JD-MGG   document 13   filed 06/07/19   page 12 of 43

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF LEONARD THOMAS | COURT CASE NUMBER 3:18CV752 |
|---|---|
| DEFENDANT JACK HENDRIX, ET AL | TYPE OF PROCESS *Summons* |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
*Cara Misetic, Director of Mental Health*

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
*302 W. Washington St. Rm E334 Indianapolis, IN 46204*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Leonard Thomas #175876 B2-206*
*Westville Correctional Facility*
*5501 So 1100 West*
*Westville, IN 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | *42* |
| Number of parties to be served in this case | *42* |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

*Ms. Cara Misetic, can be located at the Indiana Government Center 302 W. Washington Street Room E334 Monday through Friday at 9:00 AM through 3:00 PM (317) 232-5777*

| Signature of Attorney other Originator requesting service on behalf of: *Leonard Thomas* ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (219) 785-2554 | DATE 10/29/18 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 11-42 | District of Origin No. 27 | District to Serve No. 27 | Signature of Authorized USMS Deputy or Clerk | Date 3/4/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEONARD THOMAS | 3:18CV752 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JACK HENDRIX, ET AL | *Summons* |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
*Jack Hendrix, Director of Classification*

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
*302 W. Washington St. Rm E334 Indianapolis, IN 46204*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Leonard Thomas #175876 B2-206*
*Westville Correctional Facility*
*5501 So. 1100 West*
*Westville, IN 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | *1/2* |
| Number of parties to be served in this case | *1/2* |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

*Mr. Jack Hendrix can be located at the Indiana Government Center 302 W. Washington Street Room E334 Monday through Friday at 8:00AM through 3:00 PM (317)232-5777*

Signature of Attorney other Originator requesting service on behalf of:
*Leonard Thomas*

☑ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER
*(219)785-2558*

DATE
*10/29/18*

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| *12-42* | *12-42* | No. *27* | No. *27* | *Jr* | *3/14/19* |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | |
|---|---|---|
| | | ☐ am ☐ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal® or (Amount of Refund®) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

USDC IN/ND case 3:18-cv-00752-JD-MGG   document 13   filed 06/07/19   page 14 of 43

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>LEONARD THOMAS | COURT CASE NUMBER<br>3:18CV752 |
| DEFENDANT<br>JACK HENDRIX, ET AL | TYPE OF PROCESS<br>*Summons* |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

*Scot R. Hancock, Behavior Health Specialist*

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

*1000 Van Nuys Rd. New Castle, IN 47362*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Leonard Thomas #175876 B2-206*
*Westville Correctional Facility*
*5501 S. 1100 West*
*Westville, IN 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | *2* |
| Number of parties to be served in this case | *2* |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

*Scot R. Hancock, can be located at the New Castle Correctional Facility 1000 Van Nuys Road Monday through Friday 9:00 AM through 3:00 PM*

| Signature of Attorney other Originator requesting service on behalf of:<br>*Leonard Thomas* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>*(219)785-2554* | DATE<br>*10/29/18* |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process<br>*23-42* | District of Origin<br>No. *27* | District to Serve<br>No. *27* | Signature of Authorized USMS Deputy or Clerk | Date<br>*3/14/19* |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address (*complete only different than shown above*) | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal° or (Amount of Refund°) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEONARD THOMAS | 3:18CV752 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JACK HENDRIX, ET AL | Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ms. A. Smith, Behavior Health Specialist

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1000 Van Nuys Rd. New Castle, IN 47362

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Leonard Thomas #175876 B2-206
Westville Correctional Facility
5501 So. 1100 West
Westville, IN 46391

| | |
|---|---|
| Number of process to be served with this Form 285 | ✗ 2 |
| Number of parties to be served in this case | ✗ 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Ms. A. Smith, can be located at the New Castle Correctional Facility 1000 Van Nuys Road Monday through Friday 9:00 AM through 3:00 PM

Signature of Attorney other Originator requesting service on behalf of:
Leonard Thomas

☑ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| (219) 785-2554 | 10/29/18 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| 14-43 | | No. 27 | No. 27 | L. | 3/14/19 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed  as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | | |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>LEONARD THOMAS | COURT CASE NUMBER<br>3:18CV752 |
| DEFENDANT<br>JACK HENDRIX, ET AL | TYPE OF PROCESS<br>*Summons* |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
*Ms. Stevens, Mental Health Professional*

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
*1000 Van Nuys Rd. New Castle, IN 47362*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Leonard Thomas #175876 BA-306*
*Westville Correctional Facility*
*5501 S. 1100 West*
*Westville, IN 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | *2* |
| Number of parties to be served in this case | *2* |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

*Ms. Stevens, can be located at the New Castle Correctional Facility 1000 Van Nuys Road Monday through Friday 9:00AM through 3:00 PM*

| Signature of Attorney other Originator requesting service on behalf of: *Leonard Thomas* | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>*(219)785-2554* | DATE<br>*10/29/18* |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| *15-42* | | No. *27* | No. *37* | | *3/14/19* |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address *(complete only different than shown above)* | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

USDC IN/ND case 3:18-cv-00752-JD-MGG document 13 filed 06/07/19 page 17 of 43

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF LEONARD THOMAS | COURT CASE NUMBER 3:18CV752 |
|---|---|
| DEFENDANT JACK HENDRIX, ET AL | TYPE OF PROCESS *Summons* |

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

*Ms. Black, Mental Health Professional*

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

*1000 Van Nuys Rd. New Castle, IN 47362*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

*Leonard Thomas #175876 B3-306*
*Westville Correctional Facility*
*5501 S. 1100 West*
*Westville, IN 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | *12* |
| Number of parties to be served in this case | *42* |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

*Ms. Black, can be located at the New Castle Correctional Facility 1000 Van Nuys Road Monday through Friday 9:00 AM through 3:00 PM*

| Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT *Leonard Thomas* | TELEPHONE NUMBER (219) 785-2554 | DATE 10/29/18 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process 16-42 | District of Origin No. 22 | District to Serve No. 22 | Signature of Authorized USMS Deputy or Clerk | Date 3/14/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (*complete only different than shown above*) | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEONARD THOMAS | 3:18CV752 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JACK HENDRIX, ET AL | Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Ms. Mellander, Mental Health Professional

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1000 Van Nuys Rd. New Castle, IN 47362

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Leonard Thomas #173876 B2-206
Westville Correctional Facility
5501 S. 1100 West
Westville, IN 46391

| | |
|---|---|
| Number of process to be served with this Form 285 | #2 |
| Number of parties to be served in this case | #2 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Ms. Mellander, can be located at the New Castle Correctional Facility 1000 Van Nuys Road Monday through Friday 9:00 AM through 3:00 PM

Signature of Attorney other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT

Leonard Thomas

TELEPHONE NUMBER: (219) 785-2552

DATE: 10/29/18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| 17-42 | No. 27 | No. 27 | | | 3/14/19 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (*complete only different than shown above*) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>LEONARD THOMAS | COURT CASE NUMBER<br>3:18CV752 |
|---|---|
| DEFENDANT<br>JACK HENDRIX, ET AL | TYPE OF PROCESS<br>*Summons* |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
*Mary K. Heimann, Mental Health Professional*

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
*1000 Van Nuys Rd, New Castle, IN 47362*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Leonard Thomas # 175876 B2-206*
*Westville Correctional Facility*
*5501 S. 1100 West*
*Westville, IN 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | *4 2* |
| Number of parties to be served in this case | *4 2* |
| Check for service on U.S.A. | *✓* |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service):*

*Mary K. Heimann, can be located at the New Castle Correc-*
*tional Facility 1000 Von Nuys Road*
*Monday through Friday 9:00 AM throug 3:00 PM*

| Signature of Attorney other Originator requesting service on behalf of:<br>*Leonard Thomas* | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>*(219)785-2554* | DATE<br>*10/29/18* |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>*18-42* | District of Origin<br>No. *27* | District to Serve<br>No. *27* | Signature of Authorized USMS Deputy or Clerk | Date<br>*3/14/19* |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address *(complete only different than shown above)* | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

**PRINT 5 COPIES:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form.  Fill out the form and print 5 copies.  Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>LEONARD THOMAS | COURT CASE NUMBER<br>3:18CV752 |
|---|---|
| DEFENDANT<br>JACK HENDRIX, ET AL | TYPE OF PROCESS<br>Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Dr. Keris, Unit Team Leader

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1000 Van Nuys Rd. New Castle, IN 47362

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Leonard Thomas #175876 B2-206
Westville Correctional Facility
5501 So. 1100 West
Westville, IN 46391

| | |
|---|---|
| Number of process to be served with this Form 285 | 42 |
| Number of parties to be served in this case | 42 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

Doctor Keris, can be located at the New Castle Correctional Facility 1000 Van Nuys Road Monday through Friday 9:00 AM through 3:00 pm

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(219)785-2354 | DATE<br>10/29/18 |
|---|---|---|---|
| *Leonard Thomas* | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| 19-42 | | No. 22 | No. 22 | 2 | 3/14/19 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed  as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEONARD THOMAS | 3:18CV752 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JACK HENDRIX, ET AL | SUMMONS |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Donalda Griffin, NRC

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1000 Van Nuys Rd. New Castle, IN 47362

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Leonard Thomas #175876 B2-206
Westville Correctional Facility
5501 S. 1100 West
Westville, IN 46391

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 2 |
| Number of parties to be served in this case | 1 2 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Ms. Donalda Griffin, can be located at the New Castle Correctional Facility 1000 Van Nuys Road Monday through Friday 9:00 AM through 3:00 PM

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Leonard Thomas | | (219) 785-2554 | 10/29/18 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 20-42 | No. 22 | No. 22 | Ji | 3/14/19 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed  as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | | |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

USDC IN/ND case 3:18-cv-00752-JD-MGG    document 13    filed 06/07/19    page 22 of 43

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEONARD THOMAS | 3:18CV752 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JACK HENDRIX, ET AL | *Summons* |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
*Andrea L. HHL, LPN*

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
*1000 Van Nuys Rd. New Castle, IN 47362*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Leonard Thomas #175874 B2-206*
*Westville Correctional Facility*
*5501 So. 1100 West*
*Westville, IN 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | *2* |
| Number of parties to be served in this case | *2* |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

*Andrea L. HHL, Can be located at the New Castle*
*Correctional Facility 1000 Van Nuys Road*
*Monday through Friday 9:00 AM through 3:00 PM*

| Signature of Attorney other Originator requesting service on behalf of *Leonard Thomas* | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER *(219)785-2554* | DATE *10/29/18* |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process *21-42* | District of Origin No. *22* | District to Serve No. *22* | Signature of Authorized USMS Deputy or Clerk *2.* | Date *3/14/19* |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|

| Address (*complete only different than shown above*) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>LEONARD THOMAS | COURT CASE NUMBER<br>3:18CV752 |
|---|---|
| DEFENDANT<br>JACK HENDRIX, ET AL | TYPE OF PROCESS<br>*Summons* |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** | *Patrick Krueger, Supervisor OF Classification*<br>ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>*5501 S. 1100 West Westville, IN 46391* |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| *Leonard Thomas #175876 B2-206*<br>*Westville Correctional Facility*<br>*5501 S. 1100 West*<br>*Westville, IN 46391* | Number of process to be served with this Form 285 — *42*<br><br>Number of parties to be served in this case — *42*<br><br>Check for service on U.S.A. — ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                    Fold

*Patrick Krueger, can be located at the Westville Correctional Facility 5501 S. 1100 West Westville, IN 46391 Monday through Friday 9:00 AM through 3:00 PM (219) 783-2554*

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>*(219) 783-2554* | DATE<br>*10/29/18* |
|---|---|---|---|
| *Leonard Thomas* | | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>*22-42* | District of Origin<br>No. *27* | District to Serve<br>No. *27* | Signature of Authorized USMS Deputy or Clerk | Date<br>*3/14/19* |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

U.S. Department of Justice USDC IN/ND case 3:18-cv-00752-JD-MGG document 13 filed 06/07/19 page 24 of 43
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEONARD THOMAS | 3:18CV752 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JACK HENDRIX, ET AL | *Summons* |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | *Andrew Pazera, Asistant Superintendent* |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | *5501 S. 1100 West Westville, IN 46391* |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| *Leonard Thomas #175876 B2-206* *Westville Correctional Facility* *5501 S. 1100 West* *Westville, IN 46391* | Number of process to be served with this Form 285 — *✗ 2* |
| | Number of parties to be served in this case — *✗ 2* |
| | Check for service on U.S.A. — ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold          Fold

*Andrew Pazera, can be located at the Westville Correc-*
*tional Facility 5501 S. 1100 West Westville, IN 46391*
*Monday through Friday 9:00 am through 3:00 pm (219) 783-2554*

| Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| *Leonard Thomas* | *(219) 785-2554* | *10/29/18* |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | *23-42* | No. *27* | No. *27* | *2.* | *3/14/19* |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF LEONARD THOMAS | COURT CASE NUMBER 3:18CV752 |
|---|---|
| DEFENDANT JACK HENDRIX, ET AL | TYPE OF PROCESS *Summons* |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** { *Mark Sevier, Superintendent*

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
*5501 So 1100 West Westville, IN 46391*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| *Leonard Thomas #175874 B2-206* *Westville Correctional Facility* *5501 So 1100 West* *Westville, IN 46391* | Number of process to be served with this Form 285 | *42* |
|---|---|---|
| | Number of parties to be served in this case | *42* |
| | Check for service on U.S.A. | *✓* |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

*Mark Sevier, can be located at the Westville Correctional Facility 5501 So 1100 West Westville, IN 46391 Monday through Friday 9:00 AM through 3:00 pm (219)785-2534*

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT

*Leonard Thomas*

| TELEPHONE NUMBER *(219)785-2534* | DATE *10/29/18* |
|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process *24-42* | District of Origin No. *27* | District to Serve No. *27* | Signature of Authorized USMS Deputy or Clerk | Date *3/14/19* |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

**PRINT 5 COPIES:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.

PRIOR EDITIONS MAY BE USED

Form USM-285

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEONARD THOMAS | 3:18CV752 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JACK HENDRIX, ET AL | *Summons* |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
*Ms. K. Cox, Behavior Health Specialist*

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
*1000 Van Nuys Rd. New Castle, In 47362*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Leonard Thomas #175876  B2-206*
*Westville Correctional Facility*
*5501 So. 1100 West*
*Westville, In 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | *2* |
| Number of parties to be served in this case | *2* |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE **(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):**

*Ms. K. Cox, can be located at the New Castle Correc-tional Facility 1000 Van Nuys Road Monday through Friday 9:00AM through 3:00 PM*

| Signature of Attorney/other Originator requesting service on behalf of: | TELEPHONE NUMBER | DATE |
|---|---|---|
| *Leonard Thomas*  ☑ PLAINTIFF  ☐ DEFENDANT | *(219)785-2551* | *10/29/18* |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | *25-42* | No. *27* | No. *27* | *↙* | *3/14/19* |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed  as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

**PRINT 5 COPIES:**  1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

USDC IN/ND case 3:18-cv-00752-JD-MGG   document 13   filed 06/07/19   page 27 of 43

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEONARD THOMAS | 3:18CV752 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JACK HENDRIX, ET AL | Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

*Allison C. Bouillon, Behavior Health Specialist*

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

*1000 Van Nuys Rd. New Castle, IN 47362*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Leonard Thomas #175876 B2-206*
*Westville Correctional Facility*
*5501 S. 1100 West*
*Westville, IN 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

*Allison C. Bouillon can be located at the New Castle Correctional Facility 1000 Van Nuys Road*
*Monday through Friday 9:00 AM through 3:00 PM*

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Leonard Thomas* | | (219) 785-2557 | 10/29/18 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| 26-42 | | No. 37 | No. 37 | Ji | 3/14/19 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

USDC IN/ND case 3:18-cv-00752-JD-MGG   document 13   filed 06/07/19   page 28 of 43

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>LEONARD THOMAS | COURT CASE NUMBER<br>3:18CV752 |
|---|---|
| DEFENDANT<br>JACK HENDRIX, ET AL | TYPE OF PROCESS<br>*Summons* |

SERVE AT {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
*Ms. Smith, Behavior Health Specialist*

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
*1000 Van Nuys Rd. New Castle, IN 47362*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| *Leonard Thomas #175876 B2-206*<br>*Westville Correctional Facility*<br>*5501 So. 1100 West*<br>*Westville, IN 46391* | Number of process to be served with this Form 285 | *#2* |
| | Number of parties to be served in this case | *#2* |
| | Check for service on U.S.A. | *✓* |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

*Ms. Smith, can be located at the New Castle Correctional Facility 1000 Van Nuys Road Monday through Friday 9:00 AM through 3:00 PM*

| Signature of Attorney other Originator requesting service on behalf of: *Leonard Thomas*  ☑ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER<br>*(219) 765-2554* | DATE<br>*10/29/18* |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process<br>*22-42* | District of Origin<br>No. *27* | District to Serve<br>No. *27* | Signature of Authorized USMS Deputy or Clerk<br>*2.* | Date<br>*3/14/19* |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed  as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address (*complete only different than shown above*) | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

USDC IN/ND case 3:18-cv-00752-JD-MGG   document 13   filed 06/07/19   page 29 of 43

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEONARD THOMAS | 3:18CV752 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JACK HENDRIX, ET AL | Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

*Ms. Darling, Behavior Health Specialist*

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

*1000 Van Nuys Rd. New Castle, IN 47362*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Leonard Thomas #175876 B2-206*
*Westville Correctional Facility*
*5501 So. 1100 West*
*Westville, IN 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | 1/2 |
| Number of parties to be served in this case | 1/3 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

*Ms. Darling, can be located at the New Castle Correctional*
*Facility 1000 Van Nuys Rd.*
*Monday through Friday 9:00 AM through 3:00 PM*

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *L. Leonard Thomas* | | (219) 785-2555 | 10/29/18 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| 28-42 | No. 27 | No. 27 | 2. | 3/14/19 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (*complete only different than shown above*) | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

USDC IN/ND case 3:18-cv-00752-JD-MGG   document 13   filed 06/07/19   page 30 of 43

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF LEONARD THOMAS | COURT CASE NUMBER 3:18CV752 |
|---|---|
| DEFENDANT JACK HENDRIX, ET AL | TYPE OF PROCESS *Summons* |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN *D. Sterling, Behavior Health Specialist* |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) *1000 Van Nuys Rd, New Castle, IN 47362* |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| *Leonard Thomas #175876 B2-206* *Westville Correctional Facility* *5501 So 1100 West* *Westville, IN 46391* | Number of process to be served with this Form 285 — *2* |
| | Number of parties to be served in this case — *2* |
| | Check for service on U.S.A. — ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

*Mr. D. Sterling, can be located at the New Castle Correctional Facility 1000 Van Nuys Road*
*Monday through Friday 9:00AM through 3:00 PM*

| Signature of Attorney other Originator requesting service on behalf of: *Leonard Thomas* ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER *(319) 785-2554* | DATE *10/29/18* |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) *29-42* | Total Process *27* | District of Origin No. *27* | District to Serve No. *27* | Signature of Authorized USMS Deputy or Clerk *Js* | Date *3/14/19* |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address (*complete only different than shown above*) | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF LEONARD THOMAS | COURT CASE NUMBER 3:18CV752 |
|---|---|
| DEFENDANT JACK HENDRIX, ET AL | TYPE OF PROCESS _Summons_ |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
_Bradley S. Zachary, Behavior Health Specialist_

ADDRESS (Street or RFD, Apartment No., City/State and ZIP Code)
_1000 Van Nuys Rd. New Castle, IN 47362_

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

_Leonard Thomas #175876 B2-206_
_Westville Correctional Facility_
_5501 S. 1100 West_
_Westville, IN 46391_

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 2 |
| Number of parties to be served in this case | 1 2 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (**Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service**):

Fold

_Bradley S. Zachary, can be located at the New Castle_
_Correctional Facility 1000 Van Nuys Road_
_Monday through Friday 9:00 AM through 3:00 PM_

Fold

| Signature of Attorney/other Originator requesting service on behalf of: _Leonard Thomas_ | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (219) 785-2554 | DATE 10/29/18 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 30-42 | District of Origin No. 27 | District to Serve No. 27 | Signature of Authorized USMS Deputy or Clerk | Date 3/14/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

USDC IN/ND case 3:18-cv-00752-JD-MGG   document 13   filed 06/07/19   page 32 of 43

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEONARD THOMAS | 3:18CV752 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JACK HENDRIX, ET AL | *SUMMONS* |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
*Ryan Hicks, Correctional Officer*
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
*5501 S. 1100 West Westville, IN 46391*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Leonard Thomas #175876 82 206*
*Westville Correctional Facility*
*5501 S. 1100 West*
*Westville, IN 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | *42* |
| Number of parties to be served in this case | *42* |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

*Ryan Hicks, Correctional Officer can be located at the Westville Correctional Facility 5501 S. 1100 West Westville, IN Monday through Friday 9:00AM through 3:00PM (219)785-2554  46391*

Fold

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT *Leonard Thomas* | TELEPHONE NUMBER *(219)785-2554* | DATE *10/29/18* |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process *31-42* | District of Origin No. *27* | District to Serve No. *27* | Signature of Authorized USMS Deputy or Clerk *L* | Date *3/14/19* |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served ,☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

USDC IN/ND case 3:18-cv-00752-JD-MGG   document 13   filed 06/07/19   page 33 of 43

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF LEONARD THOMAS | COURT CASE NUMBER 3:18CV752 |
|---|---|
| DEFENDANT JACK HENDRIX, ET AL | TYPE OF PROCESS *Summons* |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| SERVE AT | *Susan Downing, Intake Nurse* |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* *5501 S. 1100 West Westville, IN 46391* |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| *Leonard Thomas #175876 B2-206* *Westville Correctional Facility* *5501 S. 1100 West* *Westville, IN 46391* | Number of process to be served with this Form 285   *#2* |
| | Number of parties to be served in this case   *#2* |
| | Check for service on U.S.A.   ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

*Susan Downing, Intake Nurse can be located at the Westville Correctional Facility 5501 S. 1100 West Westville, IN 46391 Monday through Friday 9:00AM through 3:00PM (219) 785-2554*

| Signature of Attorney other Originator requesting service on behalf of: *Leonard Thomas* | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER *(219)785-2554* | DATE *10/29/18* |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process *32-42* | District of Origin No. *27* | District to Serve No. *27* | Signature of Authorized USMS Deputy or Clerk   *2-* | Date *3/14/19* |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Date | Time   ☐ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:   1. CLERK OF THE COURT   2. USMS RECORD   3. NOTICE OF SERVICE   4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.   5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285 Rev. 12/80

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF LEONARD THOMAS | COURT CASE NUMBER 3:18CV752 |
|---|---|
| DEFENDANT JACK HENDRIX, ET AL | TYPE OF PROCESS *SUMMONS* |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
*Jerome Taylor, Case worker*

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
*5501 So. 1100 West Westville, IN 46391*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| *Leonard Thomas #175876 B2-206* *Westville Correctional Facility* *5501 So. 1100 West* *Westville, IN 46391* | Number of process to be served with this Form 285 | *42* |
|---|---|---|
| | Number of parties to be served in this case | *42* |
| | Check for service on U.S.A. | *✓* |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                    Fold

*Jerome Taylor, Can be located at the Westville Correctional Facility 5501 So. 1100 West Westville, IN 46391 Monday through Friday 9:00AM through 3:00PM (219) 785-2554*

Signature of Attorney other Originator requesting service on behalf of:
*Leonard Thomas*
☑ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER (219) 785-2334 | DATE 10/29/18 |
|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process *33-42* | District of Origin No. *27* | District to Serve No. *27* | Signature of Authorized USMS Deputy or Clerk *Ji* | Date *3/14/19* |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (*complete only different than shown above*) | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGEMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF LEONARD THOMAS | COURT CASE NUMBER 3:18CV752 |
|---|---|
| DEFENDANT JACK HENDRIX, ET AL | TYPE OF PROCESS *Summons* |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**  *Zhenay T. S. Newhouse, Caseworker*
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
*5501 S. 1100 West Westville, IN 46391*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Leonard Thomas #175876 B2-206*
*Westville Correctional Facility*
*5501 S. 1100 West*
*Westville, IN 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | 42 |
| Number of parties to be served in this case | 42 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

*Zhenay T. S. Newhouse can be located at the Westville Correctional Facility 5501 S. 1100 West Westville, IN 46391 Monday through Friday 9:00 AM through 3:00 PM (219) 785-2534*

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*Leonard Thomas*

TELEPHONE NUMBER (219) 785-2534

DATE 10/29/18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 34-42 | District of Origin No. 27 | District to Serve No. 27 | Signature of Authorized USMS Deputy or Clerk | Date 3/14/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served ,☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address *(complete only different than shown above)* | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>LEONARD THOMAS | COURT CASE NUMBER<br>3:18CV752 |
| DEFENDANT<br>JACK HENDRIX, ET AL | TYPE OF PROCESS<br>*Summons* |

SERVE AT { NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

*Nicole Swinford, Caseworker*

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

*5501 S. 1100West Westville, IN 46391*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| *Leonard Thomas #175876 B2-206*<br>*Westville Correctional Facility*<br>*5501 S. 1100 West*<br>*Westville, IN 46391* | Number of process to be served with this Form 285 | *12* |
| | Number of parties to be served in this case | *12* |
| | Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service):*

*Fold*                                                                                                    *Fold*

*Nicole Swinford, can be located at the Westville Cor-*
*rectional Facility 5501 S. 1100 West Westville, IN 46391*
*Monday through Friday 9:00AM through 3:00PM (219)785-2554*

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>*(219)785-2554* | DATE<br>*10/29/18* |
|---|---|---|---|
| *Leonard Thomas* | | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>*35-42* | District of Origin<br>No. *27* | District to Serve<br>No. *27* | Signature of Authorized USMS Deputy or Clerk | Date<br>*3/14/19* |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USDC NMD case 3:18-cv-00752-JD-MGG document 13 filed 03/07/19 page 37 of 43

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEONARD THOMAS | 3:18CV752 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JACK HENDRIX, ET AL | _Summons_ |

| | | |
|---|---|---|
| **SERVE AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN | |
| | _Ms. Athena Psychologist_ | |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) | |
| | _5501 So. 1100 West Westville, In 46391_ | |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| _Leonard Thomas #175876 B2-206_ _Westville Correctional Facility_ _5501 So. 1100 West_ _Westville, IN 46391_ | Number of process to be served with this Form 285 — _42_ |
| | Number of parties to be served in this case — _42_ |
| | Check for service on U.S.A. — ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (_Include Business and Alternate Addresses,_ _All Telephone Numbers, and Estimated Times Available for Service_):

_Ms. Athena Psychologist can be located at the Westville_
_Correctional Facility 5501 So. 1100West Westville, In 46391_
_Monday through Friday 9:00AM through 3:00 PM (219)785-2554_

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| _Leonard Thomas_ | | (219)785-2554 | 10/29/18 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (_Sign only for USM 285 if more than one USM 285 is submitted_) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | _36-42_ | No. _27_ | No. _27_ | _L._ | _3/14/19_ |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (_See remarks below_)

| Name and title of individual served (_if not shown above_) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (_complete only different than shown above_) | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including _endeavors_ | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

| PRINT 5 COPIES: | 1. CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. 5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED Form USM-285 Rev. 12/80 |

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEONARD THOMAS | 3:18CV752 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JACK HENDRIX, ET AL | Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ms. Keeten, Psychologist

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5501 S. 1100 West Westville, IN 46391

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Leonard Thomas #175876 B2-206
Westville Correctional Facility
5501 S. 1100 West
Westville, IN 46391

| | |
|---|---|
| Number of process to be served with this Form 285 | x2 |
| Number of parties to be served in this case | x2 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold

Ms. Keeten, Psychologist can be located at the Westville
Correctional Facility 5501 S. 1100 West Westville, IN 46391
Monday through Friday 9:00AM through 3:00PM (219)785-2554

Signature of Attorney other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT
Leonard Thomas

TELEPHONE NUMBER (219)785-2554

DATE 10/29/18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process 32-42 | District of Origin No. 27 | District to Serve No. 27 | Signature of Authorized USMS Deputy or Clerk | Date 3/14/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (*complete only different than shown above*) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF LEONARD THOMAS | COURT CASE NUMBER 3:18CV752 |
|---|---|
| DEFENDANT JACK HENDRIX, ET AL | TYPE OF PROCESS *Summons* |

SERVE AT: NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
*Charles Faenza, Psychologist*
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
*5501 So. 1100 West Westville, IN 46391*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
*Leonard Thomas #175876 B2-206*
*Westville Correctional Facility*
*5501 So. 1100 West*
*Westville, IN 46391*

| Number of process to be served with this Form 285 | 42 |
|---|---|
| Number of parties to be served in this case | 42 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

*Charles Faenza, Can be located at the Westville Correctional Facility 5501 So. 1100 West Westville, IN 46391 Monday through Friday 9:00AM through 3:00 PM (219) 785-2554*

Signature of Attorney other Originator requesting service on behalf of: ☑PLAINTIFF ☐DEFENDANT
*Leonard Thomas*
TELEPHONE NUMBER *(219) 785-2554*
DATE *10/29/18*

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process *38-42* | District of Origin No. *27* | District to Serve No. *27* | Signature of Authorized USMS Deputy or Clerk *2~* | Date *3/14/19*

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*) | Date | Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED

Form USM-285 Rev. 12/80

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>LEONARD THOMAS | COURT CASE NUMBER<br>3:18CV752 |
|---|---|
| DEFENDANT<br>JACK HENDRIX, ET AL | TYPE OF PROCESS<br>*Summons* |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
*Michelle Boren, Mental Health Specialist*
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
*5501 So. 1100 West Westville, IN 46391*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Leonard Thomas # 175876 B2-206*
*Westville Correctional Facility*
*5501 So. 1100 West*
*Westville, IN 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | *X 2* |
| Number of parties to be served in this case | *X 2* |
| Check for service on U.S.A. | *2* |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

*Michelle A. Boren, can be located at the Westville Correctional Facility 5501 So. 1100 West Westville, IN 46391 Monday through Friday 9:00 AM through 3:00 PM (219) 785-2555*

| Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF<br>*Leonard Thomas*  ☐ DEFENDANT | TELEPHONE NUMBER<br>*(219) 785-2555* | DATE<br>*10/29/18* |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>*39-42* | District of Origin<br>No. *27* | District to Serve<br>No. *27* | Signature of Authorized USMS Deputy or Clerk | Date<br>*3/14/19* |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address (*complete only different than shown above*) | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEONARD THOMAS | 3:18CV752 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JACK HENDRIX, ET AL | *Summons* |

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

*Dr. Monica Wala, Psy.D Lead Psychologist*

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

*5501 S. 1100 West Westville, IN 46391*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Leonard Thomas #175876 B2-206*
*Westville Correctional Facility*
*5501 S. 1100 West*
*Westville, IN 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | *42* |
| Number of parties to be served in this case | *42* |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

*Doctor Monica Wala, can be located at the Westville Correctional Facility 5501 S. 1100W Westville, IN 46391 Monday through Friday 9:00 Am through 3:00 Pm (219)785-2554*

| Signature of Attorney/other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Leonard Thomas* | | *(219)785-2554* | *10/29/18* |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | *40-42* | No. *27* | No. *27* | | *3/14/19* |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | | |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal® or (Amount of Refund®) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEONARD THOMAS | 3:18CV752 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JACK HENDRIX, ET AL | *Summons* |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

*John L. Salyer, Unit Team Manager*

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

*5501 S. 1100 West Westville, IN 46391*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Leonard Thomas #175876 B2-206*
*Westville Correctional Facility*
*5501 S. 1100 West*
*Westville, IN 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | 42 |
| Number of parties to be served in this case | 42 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

*John L. Salyer, can be located at the Westville Correctional Facility 5501 S. 1100 West Westville, IN 46391 Monday through Friday 9:00 AM through 3:00 PM (219)785-2555*

| Signature of Attorney other Originator requesting service on behalf of: *Leonard Thomas* | ✓ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (219)785-2555 | DATE 10/29/18 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process 41-42 | District of Origin No. 27 | District to Serve No. 27 | Signature of Authorized USMS Deputy or Clerk *Li* | Date 3/14/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (*complete only different than shown above*) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>LEONARD THOMAS | COURT CASE NUMBER<br>3:18CV752 |
|---|---|
| DEFENDANT<br>JACK HENDRIX, ET AL | TYPE OF PROCESS<br>*Summons* |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
*Dr. Barbar Eichman, Psychiatrist*

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
*5501 S. 1100 West Westville, IN 46391*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Leonard Thomas #175876 B2-206*
*Westville Correctional Facility*
*5501 S. 1100 West*
*Westville, IN 46391*

| | |
|---|---|
| Number of process to be served with this Form 285 | *42* |
| Number of parties to be served in this case | *42* |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold        Fold

*Doctor Barbara Eichman, can be located at the West-*
*ville Correctional Facility 5501 S. 1100 West Westville, IN 46391*
*Monday through Friday 9:00AM through 3:00PM (219)785-2554*

| Signature of Attorney other Originator requesting service on behalf of: *Leonard Thomas* | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>*(219) 785-2554* | DATE<br>*10/29/18* |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>*43-42* | District of Origin<br>No. *27* | District to Serve<br>No. *27* | Signature of Authorized USMS Deputy or Clerk | Date<br>*3/14/19* |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date      Time    ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

| PRINT 5 COPIES: | |
|---|---|
| 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED<br><br>Form USM-285<br>Rev. 12/80 |